Commonwealth ex rel. Oakes, Appellant, *v.*
Brierley.

Before Curran, P. J.

Submitted December 9, 1968. *Charles J. Oakes,* appellant, in propria persona; *Paris J. DeSantis,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Santora *v.* Weiner,
Appellant.

Before Meade, J.

Argued December 12, 1968.
*Irwin Paul,* for appellant; *G. Fred Di Bona,* with him *Alfred J. Di Bona, Jr.,* for appellee.

Order affirmed.

Commonwealth ex rel. Schwartz, Appellant, *v.*
Margolis.

Before Stout, J.

Argued December 12, 1968. *Louis Lipschitz,* with him *Stephen L. Hymowitz,* for appellant; *William D. Harris,* with him *Klovsky, Kuby and Harris,* for appellee.

Order affirmed.